AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

UNITED STATES OF AMERICA

v.

SHANNON S. MURPHY
111 County Road 100
Deatsville, AL 36022

**WARRANT FOR ARREST**

Case   2:06cr122-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __SHANNON S. MURPHY__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy - knowingly and intentionally distribute and possession with intent to distribute methamphetamine (1 count)

in violation of Title   __21__   United States Code, Section(s)   __846__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

May 3, 2006 - Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |