# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> SHANNON S. MURPHY, DEFENDANT. | CASE NUMBER <br><br> 2:06-CR-122-MEF |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

**COMES NOW,** the undersigned counsel, Daniel G. Hamm, and files this Motion to permit counsel to withdraw as counsel of record for the defendant, Shannon S. Murphy. In support of said Motion, counsel states the following:

1. Counsel was appointed to represent the Defendant on May 8, 2006.

2. During the initial appearance, counsel became aware of the existence of a conflict of interest in the representation of Ms. Murphy.

**WHEREFORE**, the undersigned counsel prays that he be allowed to withdraw fro the representation of Ms. Murphy.

**RESPECTFULLY SUBMITTED** this the 10th day of May, 2006.

/s/ **Daniel G. Hamm**
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw as Appointed Counsel by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 10th day of May, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Terry F. Moorer
Todd A. Brown
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101