IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                )
v.                        )          2:06cr122-MEF
                )
SHANNON S. MURPHY      )

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw as Appointed Counsel by Attorney

Daniel G. Hamm filed 10 May 2006  (Doc. #23), is GRANTED.

CJA Panel Attorney Banks T. Smith is appointed to represent defendant

Shannon S. Murphy in all further proceedings in this case.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE