| COURTROOM DEPUTY MINUTES | DATE: May 17, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:50 - 10:54 |

- ☐ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr122-MEF    **DEFT. NAME:** Shannon S. Murphy

**USA:** Terry Moorer    **ATTY:** Banks T. Smith

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:**

Defendant _____ does ___ does NOT need an interpreter; NAME _____

- ☐ Kars.   Date of Arrest _____   or   ☐ karsr40
- ☐ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- ☐   ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
    √ Trial Term   9/11/06   ;   √ **PRETRIAL CONFERENCE DATE:** 6/2/06 @ 10:00
    √ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**