IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| | ) | |
| SHANNON S. MURPHY | ) | |

## **ORDER**

Based upon the representations of counsel at the pretrial conference on 2 June 2006, it is

ORDERED that counsel for the parties file a Joint Notice of Intent to Resolve the Case by Plea on or before 16 June 2006.

DONE this 5th day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE