IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-122-MEF |
| | ) | |
| SHANNON S. MURPHY | ) | |

## STATUS REPORT

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1.  On, June 7, 2006, the United States sent a tentative plea agreement to the defendant for consideration.  Counsel for the defendant has been unable to meet with the defendant because of trial in another matter.

2.  Counsel for the parties will notify the court immediately if the defendant intends to enter a guilty plea.  Counsel for the defendant expects to meet with the defendant next week and notify the court of their intentions.

Respectfully submitted this the 16th day of June, 2006.

                                               LEURA G. CANARY
                                             UNITED STATES ATTORNEY

                                             /s/Terry F. Moorer
                                             TERRY F. MOORER
                                             Assistant United States Attorney
                                             One Court Square, Suite 201
                                             Montgomery, AL 36104
                                             Phone: (334) 223-7280
                                             Fax: (334) 223-7135
                                             E-mail: terry.moorer@usdoj.gov
                                             ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-122-MEF |
| | ) | |
| SHANNON S. MURPHY | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Banks Smith, Esquire.

        Respectfully submitted,

        /s/Terry F. Moorer
        TERRY F. MOORER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: terry.moorer@usdoj.gov
        ASB-1176-O73T