**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NO. 2:06CR-122-MEF** |
| ) | |
| **SHANNON MURPHY** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW

COMES NOW the Defendant in the above-styled matter, by and through undersigned counsel, and hereby files this Motion to Withdraw and as grounds therefore states as follows:

1.  That Defendant's Counsel has accepted a full time teaching position effective, August 1, 2006 and will be closing his practice effective, July 31, 2006.

**WHEREFORE**, the above premises considered, Defendant's Counsel respectfully requests that this Honorable Court to allow him to withdraw as attorney for the Defendant.

Respectfully submitted this the _____ day of June, 2006.

/s/ Banks T. Smith_____
BANKS T. SMITH [SMI-101]
Attorney for Defendant

OF COUNSEL:
HALL & SMITH, P.A.
360 North Oates Street
P.O. Box 1748
Dothan, AL 36302
Tel: 334-793-3610
Fax: 334-671-1843

**CERTIFICATE OF SERVICE**

      I hereby certify that on June_____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Karl David Cooke, Jr.
Assistant U.S. Attorney
One Court Square
Suite 201
Montgomery, Alabama 36104

                                       /s/ Banks T. Smith_____
                                       OF COUNSEL