IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | |
| SHANNON MURPHY | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw, filed on 20 June 2006 by Banks T. Smith, Esq. (Doc. # 54), is GRANTED.

DONE this 27th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE