IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )        CASE NO. 2:06CR122-MEF
                               )
SHANNON MURPHY                 )

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion for Leave to Appear, filed on 23 June 2006 by Susan

James, Esq. (Doc. # 55), is GRANTED.

DONE this 27th day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE