IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * CASE NO.  2:06CR122-MEF |
| | * |
| **KENDALL WATSON** | * |
| **CALVIN CHANCE** | * |
| **SHANNON MURPHY** | * |

**MOTION TO CONTINUE**

Comes now Susan G. James, Attorney for Shannon Murphy and files this motion to continue the presently set pretrial hearing set for July 17, 2006  be set for the next available docket and in support thereof states the following:

Counsel respectfully requests that this Court set the matter for a later time.  Counsel does advise the Court, however, that she is scheduled to be out of town from June 27 until July 18, as her 15 year old son will be competing in the Wrangler Junior Finals Rodeo in Gallup, New Mexico.  Therefore she would appreciate the date being set at some time other than at that time.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: JAM012