IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | [WO] |
| SHANNON MURPHY | ) | |

## ORDER ON MOTION

Upon consideration of the defendant's Motion to Continue the Pretrial Conference set for 17 July 2006 (Doc. # 61), and for good cause, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the pretrial conference is reset for 20 July 2006 at 11:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE