| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/20/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 11:02 - 11:06 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:06cr122-MEF | **DEFENDANT(S):** Shannon S. Murphy |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry F. Moorer | * | Susan James |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   COMPLETE

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:**   Plea Likely
8/30/06 Plea Date

☐ **TRIAL STATUS**
9/18/06 Trial Term

☐ **REMARKS:**
AUSA Terry Moorer believes all 3 defendants in this case will plea, however if one were to go to trial, the trial would last probably a day and a half