# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: SHANNON SILAS MURPHY          Case Number: 2:06CR00122-MEF

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: 05/08/06

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Clark Morris          Defense Attorney: Daniel G. Hamm

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition No. 7: "The defendant refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner." | On August 9, 2006, the defendant reported to the probation office to submit a urine sample for testing. Drug and Alcohol Treatment Specialist (DATS) Sandra Wood was observing Murphy when she noticed that Murphy was acting strangely while in the restroom. Murphy gave DATS Wood a specimen cup of cold urine. DATS Wood then instructed Murphy to step from the bathroom stall. After a thorough search of Murphy's person, DATS Wood discovered that Murphy had a plastic bag of urine in her body cavity, specifically, her vagina. She then gave a urine sample which produced a presumptive positive for methamphetamine. Murphy admitted to consuming Loratab and Methamphetamine on August 6 and August 8, 2006. Additionally, she admitted that the urine in the plastic bag belonged to a friend. |

U.S. Probation Officer Recommendation:

Since the defendant was deceptive and failed to comply with the conditions pretrial supervision, it is recommended that her bond executed on May 8, 2006, be revoked.

[ X ]   The defendant's release should be revoked and defendant detained.

[ ]    The conditions of release should be modified as follows:

                                        Respectfully submitted,

                            by    *Donnelle Thompson*

                                        Donnelle Thompson
                                        U.S. Probation Officer
                                        Date: August 18, 2006

Reviewed and approved: _____
                          Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                                            *Vanzetta Penn McPherson*
                                                             Signature of Judicial Officer

                                                             *18 August 2006*
                                                             Date