**COURTROOM DEPUTY'S MINUTES**                           **DATE:** 8/21/06

**MIDDLE DISTRICT OF ALABAMA**                     Digital Recording: 9:09 - 9:09

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr122-MEF                                    **DEFENDANT(S):** Shannon S. Murphy

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry F. Moorer | * | Denise Simmons |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**        COMPLETE

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:**             Plea Likely

☐ **TRIAL STATUS**

9/18/06 Trial Term
If trial, 2 days

☐ **REMARKS:** Plea Negotiations ongoing