IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NO. 2:06CR122-MEF |
| | * |
| KENDALL WATSON | * |
| CALVIN CHANCE | * |
| SHANNON MURPHY | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and enters her appearance in this cause as Counsel for Shannon Murphy.

Respectfully submitted this 21st August 2006.

_____
Denise A. Simmons
Bar No:ASB5019I32D

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I filed the foregoing with the Clerk of Court notification of such filing to the following:

United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

_____
Of Counsel