COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| √ INITIAL APPEARANCE -Pretrial Revocation | DATE: 8/21/06 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | DIGITAL Recording : 3:08 - 3:38 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| ❒ ARRAIGNMENT | |

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson
CASE NO: 2:06cr122-MEF    DEFENDANT NAME: Shannon Murphy
AUSA: Terry Moorer    DEFT. ATTY: Susan James
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO:    USPO: Donnelle Thompson

**Defendant ( ) does; (√) does NOT need an interpreter**
**Interpreter present   (√) NO; ( ) YES        Name:**

_____

| | |
|---|---|
| √ | Date of Arrest 8/21/06 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. √ Prob/Pretrial Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| ❒ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❒ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ❒ held; √ set for 8/24/06 @ 11:00 a.m. |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | BOND EXECUTED (M/D AL charges) $. |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

Court will recommend defendant be housed at the Autauga County Jail