## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 8/24/06

DATE COMPLETED: 8/24/06

DIGITAL RECORDING: 2:39 - 3:01

USA

vs

SHANNON S. MURPHY

2:06cr122-MEF

### APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Susan James |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Probation Officers: Donnelle Thompson, Sandra Woods, Tamara Martin

### PROCEEDINGS:

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 2:06cr122-MEF: USA vs. Shannon S. Murphy: DETENTION HEARING | |
| **Date** | 8/24/2006 | **Location** Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:39:28 PM | Court | Convenes |
| 2:40:49 PM | Defense | Defendant is prepared to concede; Defendant Sworn |
| 2:41:34 PM | Court | States charges of the petition |
| 2:41:46 PM | | Defendant Pleas guilty to violations in the petition; Court will enter order to detain Defendant |
| 2:42:27 PM | Defense | Suggests CAPS intensive outpatient program and reports family issues as reason for defendant needing to be released |
| 2:48:47 PM | Court | Questions defense counsel as to family issues |
| 2:49:51 PM | Defense | Responds |
| 2:50:50 PM | Government | Responds to defendant's suggestions; Unsure how suggestion can be accommodated |
| 2:52:33 PM | | Bench Conference with Probation Officers |
| 2:54:23 PM | | Attorneys join Bench Conference |
| 2:57:03 PM | Court | Addresses Mr. and Mrs. Silas; Defendant will be detained but allowed to go home tonight and return to Autauga County Jail by 9:00 a.m. on 8/25/06; Defendant will be tested for drugs on her return - Court wants results as soon as possible |
| 2:58:49 PM | Court | Speaks to parents regarding defendant |
| 3:01:27 PM | | Court in Recess |