IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | |
| SHANNON SILAS MURPHY | ) | |

## ORDER

The defendant, SHANNON MURPHY ["Murphy"], appeared before the court on 24 August 2006 for a detention hearing, following a petition for revocation of her pretrial release (Doc. # 87). After being duly sworn, Murphy admitted that she violated a standard condition of the pretrial release order, to wit, she used or possessed a narcotic drug, i.e., methamphetamine.

Although the court has determined that Murphy's release should be revoked, based upon her attorney's representations, and for good cause, it is

ORDERED that Murphy's pretrial release is hereby REVOKED and she is remanded to the custody of the United States Marshal, provided that, Murphy be released by the Autauga County Jail, where she is housed, to return to her home on 24 August 2006, in the custody of her parents, Mr. And Mrs. Silas. It is further ORDERED as follows:

1. Murphy's parents are DIRECTED to return Murphy to the Autauga County Jail at or before 9:00 a.m. on 25 August 2006.

2. As soon as practicable upon her return, Murphy shall submit a urine sample to the United States Probation Officer for testing, and the Probation Officer shall

advise the court immediately upon the completion of the test.

DONE this 24th day of August, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE