| COURTROOM DEPUTY MINUTES | DATE: 9/6/06 | DIGITAL RECORDING: 9:02 - 9:17 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Jimmy Dickens |

❏ ARRAIGNMENT      x CHANGE OF PLEA      ❏ CONSENT PLEA

❏ RULE 44(c) HEARING      ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*      **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:06cr122-MEF*      **DEFENDANT NAME:** *Shannon S. Murphy*
**AUSA:** *Terry F. Moorer*      **DEFENDANT ATTY:** *Susan James*
Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO
**USPO:** Al Lancaster
Defendant _____ does ___x___ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES    Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
— WAIVER OF INDICTMENT executed and filed.
— MISDEMEANOR INFORMATION filed.
— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty          ❏ Nol Contendere
          ❏ Not Guilty by reason of insanity
          √❏ Guilty as to:
               √❏ Count(s) __1__ of the Felony Indictment.
               ❏ Count(s) _____      ❏ dismissed on oral motion of USA;
                              ❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of the Indictment**
√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered
— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.
— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release
          ❏ summons; for:
     ❏ Trial on _____; ❏ Sentencing on _____   ❏ _____ Bond   ❏ to be set by Separate Order
√ — **ORDER:** Defendant remanded to custody of U.S. Marshal for:
          ❏ Posting a $_____ Bond;
          ❏ Trial on _____; or  √❏ Sentencing √❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.