IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-122-MEF-VPM |
| | ) | |
| SHANNON S. MURPHY | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty pursuant to a plea agreement under Rule 11(c)(1)(C) to an indictment charging a violation of Title 21, United States Code, Section 846.

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive the rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of the plea agreement. The assistance provided by the defendant should be considered substantial.

4. The United States respectfully requests a 3 level downward departure under § 5K1.1 U.S.S.G., and moves this Court to impose a sentence of 27 months imprisonment which is in accordance with the plea agreement.

Respectfully submitted this the 6th day of November, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Terry F. Moorer
        TERRY F. MOORER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: terry.moorer@usdoj.gov
        ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-122-MEF |
| | ) | |
| SHANNON S. MURPHY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esquire.

    Respectfully submitted,

    /s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T