# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING           AT MONTGOMERY, AL

DATE COMMENCED:   11-21-06           AT: 10:48 a.m.
DATE COMPLETED:   11-21-06           AT: 12:40 p.m.

UNITED STATES OF AMERICA           §
                                   §
vs.                                §   CR. NO. 2:06CR122-MEF
                                   §
SHANNON S. MURPHY                  §

_____
    GOVERNMENT           APPEARANCES:           DEFENDANT
Terry F. Moorer                                        Susan G. James

_____
COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter              Alfred L. Lancaster, USPO
David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

_____
COURTROOM PROCEEDINGS:

( X )  **Sentencing**

    10:48 a.m. -   Court convenes.
              Government states the terms of the plea agreement to the Court.
              Court will accept the plea agreement and sentence accordingly.
              Court will GRANT Government's Motion for Downward Departure for
              Acceptance of Responsibility, (Doc. #118).
              Court GRANTS Government's Motion for Downward Departure pursuant
              to 5k1.1, (Doc. #119).
              Defense counsel will call Dr. Daniel L. Cook to testify.
              Government cross-examines witness Cook.
              Defense counsel begins re-direct examination of witness Cook.
              Court questions witness Cook.
              Defendants parents Vicki and Emmett Silas testify before the Court.
    11:35 a.m. -   Court is in recess.
    12:20 p.m. -   Court reconvenes.
              Court sentences defendant and advises her of her right to an appeal.
    12:40 p.m. -   Court is in recess.