IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR122-MEF |
| | ) | |
| SHANNON S. MURPHY | ) | |

Sentencing: 11/21/06
Before: Chief Judge Mark E. Fuller

**WITNESS LIST**

**GOVERNMENT**                                                    **DEFENDANT**

                                                                                  Dr. Daniel L. Cook
                                                                                  Vicki Silas
                                                                                  Emmett Silas