AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: SHANNON S. MURPHY
CASE NUMBER: 2:06CR122-MEF

RECEIVED
2007 JAN 29 P 12: 49
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty four (24) months.

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available. The Court further recommends that defendant be expedited into this program.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

I have executed the within judgement and commitment by delivering the defendant to F.P.C., Alderson, WV on 1/25/07
Date
Signature
Title OIC

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1/11/07 to Paulding Co. (GA) Jail (FFT)

at Dallas, GA, with a certified copy of this judgment.

RETURNED AND FILED

JAN 30 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Jesse Seroyer Jr.
UNITED STATES MARSHAL

By C.J. Tatom
DEPUTY UNITED STATES MARSHAL