IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON MURPHY,                          )
                                         )
           Petitioner,                   )
                                         )
    v.                                   )    CASE NO. 2:07-cv-336-MEF
                                         )    (2:06-cr-122-MEF)
UNITED STATES OF AMERICA,                )
                                         )
           Respondent.                   )

## MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, requesting an extension of time in which to respond

to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and

in support of its request, states as follows:

1. Petitioner's claims require reference to the transcripts of her guilty plea and sentencing

hearings.  The undersigned was assigned this case last week and ordered all transcripts.  The

transcript of the sentencing hearing was received but the transcript of the guilty plea hearing has not

been received.  It is the undersigned's understanding that the official court reporter for said hearing,

Mr. James R. Dickens, is on vacation for the next two weeks.  The United States' response is due

on May 24, 2007.  (*See* Doc. No. 3.)

2. So that the United States may fully respond to each claim raised by Petitioner and comply

with this Court's Order directing that all relevant transcripts be submitted with its response, an

extension of an additional twenty-one (21) days is requested.  Hence, the United States requests that

the deadline for filing its response be extended from May 24, 2007, to June 14, 2007.

Respectfully submitted this ___ day of May, 2007.


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
jerusha.adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON MURPHY,                    )
                                   )
            Petitioner,            )
                                   )
      v.                           )       CASE NO. 2:07-cv-336-MEF
                                   )       (2:06-cr-122-MEF)
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

## **CERTIFICATE OF SERVICE**

      I hereby certify that on_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Susan G. James, Attorney at Law.

      Respectfully submitted,

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      /s/ Jerusha T. Adams
      JERUSHA T. ADAMS
      Assistant United States Attorney
      Post Office Box 197
      Montgomery, Alabama 36101-0197
      (334) 223-7280
      (334) 223-7135 fax
      jerusha.adams@usdoj.gov