IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NO. 2:06CR122-MEF |
| | * |
| SHANNON MURPHY | * |

### MOTION FOR PERMISSION TO TRAVEL

Comes now, Shannon Murphy, by and through undersigned counsel, and files this, her motion requesting permission for her to travel outside the Middle District of Alabama to Fort Walton Beach, Florida from June 2, 2008 through June 7, 2008 and, in support thereof, states the following:

1. Murphy is presently in a half-way house facility as a result of her incarceration. The Court's original intent was that Murphy participate in an intensive drug residential program. Given the course of events that transpired in this case, none of which were her fault, she did not receive an opportunity to participate in that program.

2. Her family takes a family trip every year in the summer to the beach, paid for by her parents. The Court may recall, from sentencing, Ms. Murphy has a young son who is in the custody and control of her parents. Additionally, her deceased sister's children no longer live with her parents but will be allowed to take this trip.

3. Incarceration is always difficult but the family dynamics in this case make the situation more compelling for permission to travel as requested.

4. The undersigned has spoken with the United States Probation Officer, Al Lancaster regarding this request. He advises that probationers are not allowed to travel **unnecessarily** during the first 60 days of their probation.

**MOTION DENIED**

THIS 19th DAY OF May, 2008

_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE